THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULIO RAMIREZ PEREZ, Appellant.

Submitted April 3, 1950; decided April 4, 1950.

Motion for order pursuant to sections 503 and 504 of the Code of Criminal Procedure granted. [See 300 N. Y. 208.]